# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF ALABAMA
# SOUTHERN DIVISION

| | |
|---|---|
| TERRY JERROD WILLIAMS, AIS 296974, | : |
| Petitioner, | : |
| vs. | : CA 16-0462-WS-MU |
| CYNTHIA STEWART, | : |
| Respondent. | : |

## ORDER

After due and proper consideration of all portions of this file deemed relevant to the issues raised, and there having been no objections filed, the report and recommendation of the Magistrate Judge made under 28 U.S.C. § 636(b)(l)(B) and dated March 16, 2017 is **ADOPTED** as the opinion of this Court.

**DONE** this 27th day of April, 2017.

s/WILLIAM H. STEELE
**UNITED STATES DISTRICT JUDGE**