**IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION**

TERRY JERROD WILLIAMS,            :
AIS 296974,
                                        :

     Petitioner,
                                        :

vs.                                           CA 16-0462-WS-MU
                                        :

CYNTHIA STEWART,
                                        :

     Respondent.

## <u>JUDGMENT</u>

In accordance with the order entered on this date, it is hereby **ORDERED,**

**ADJUDGED**, and **DECREED** that petitioner's request for federal habeas corpus relief,

pursuant to 28 U.S.C. § 2254 (Doc. 1), should be **DENIED** because habeas corpus

provides no relief for freestanding claims of actual innocence based on newly

discovered evidence. In addition, this claim has not been fully exhausted in the state

courts of Alabama and, therefore, is procedurally barred. Williams is not entitled to a

certificate of appealability and, therefore, he is not entitled to appeal *in forma pauperis*.

     **DONE** this 27th day of April, 2017.

                                 **s/WILLLIAM H. STEELE**
                                 **UNITED STATES DISTRICT JUDGE**